# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  SECOND EXTENSION OF : No. 45 WM 2018
ADMISSION OF EMILY J. KAUFMANN, :
ESQ. TO THE BAR OF THE :
COMMONWEALTH OF PENNSYLVANIA, :
ATTORNEY IDENTIFICATION NO. :
320256 :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of May, 2018, the Motion for Second Extension of Attorney Admission under Pa.B.A.R. 311 is DENIED.